IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Greenbelt

| | | |
|---|---|---|
| In Re: | * | Case No. 04-12587-PM |
| | * | Chapter 7 |
| Debbie A. Hall | * | |
| | * | |
| Debtor(s). | * | |
| | * | |

## *NOTICE OF DENIAL OF A DISCHARGE*

**TO ALL CREDITORS AND PARTIES IN INTEREST:**

Pursuant to Federal Bankruptcy Rule 4006, notice is hereby given of the entry of an Order Denying the Debtor a Discharge on July 23, 2007 in Michael G. Wolff v. Debbie A. Hall, Adversary Proceeding No. 07-00438-PM.

No notice of appeal from this order has been filed, and no motion of the kind as made applicable by Federal Bankruptcy Rule 9024 has been filed.

The Debtor(s)' Discharge in the above-referenced bankruptcy case has been Denied.

Mark Sammons, Clerk

Dated  August 8, 2007           /s/
Deputy Clerk, Mary Burkhart

Clerk-45 -- 8/21/06