# ※ Emergency Motion ✕

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**

IN RE: Emergency motion

Debbie A. Hall
debtor

Case No. 04-12587

Chapter 7

Plaintiff — Trustee Michael Wolff.
Goren, Wolff + Orenstein
vs. Rockville MD 20852
Defendant

Motion No. _____ (If applicable)

Adversary No. _____ (If applicable)

Debbie A. Hall

~~PRAECIPE~~ MOTION TO DISMISS

The Clerk will please motion to dismiss bankruptcy case based on misrepresentation by my lawyers that has greatly and deliberately injured me in being successful in this case. I have documentation that points to them advising me not to pay the trustees and to pay the creditors instead. This was illegal + I did not know it. Now the trustees have set for the U.S. Marshall's to remove me from my house Oct 11, 2009, to pay this debt, I was given a fair chance to. My lawyers also forged my signature and told me my case needed to be changed from a Chap 13 to a 7. I seek a new trial, + to halt the trustees + U.S. Marshall's from removing from my home. I also seek a penalty to these lawyers and a malpractice case.

cont. My lawyers also told me I couldn't make a partial pymnt on my Chap 13 which I found out later was not true.

DATE: 10-6-09

Debbie A. Hall
(Printed Name)

Debbie A. Hall
(Signature)

9005 Florin Way
(Address)

Upper Marlboro MD 20772
(Address)

301-574-2157
(Telephone no.)

Self
(Representing)