

PAUL MANNES
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

| | | |
|---|---|---|
| In Re: | * | |
| DEBBIE A. HALL, | * | Case No.   04-12587PM |
| | * | Chapter   7 |
| | * | |
| | * | |
| Debtor(s) | * | |

### ORDER DENYING
### MOTION TO DISMISS

Upon consideration of the Motion To Dismiss filed by debtor, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the Motion To Dismiss hereby is denied.

cc: All Parties
All Counsel - debtor - pro se
James Hoffman, Esq. - counsel to Trustee

Misc-44.5 -- 5/22/90sk

**End of Order**