# APPENDIX 1

## OFFICIAL FORM NO. 17

Form 17            Notice of Appeal Under 28 U.S.C. '158(a) or (b) From a Judgment, Order, or Decree of a Bankruptcy Judge

**[Caption as in Form 16A, 16B, or 16D, as appropriate]**

**NOTICE OF APPEAL**   Case # 04-12587-PM   Chapter 7

_Debbie A. Hall_, the plaintiff [or defendant or other party] appeals under 28 U.S.C. '158(a) or (b) from the judgment, order, or decree of the bankruptcy judge (describe) entered in this adversary proceeding [or other proceeding, describe type] on the _13th_ day of _2009_, (year).

The names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows: Michael G. Wolff, Trustee, 15245 Shady Grove Road, Suite 465, Rockville, MD 20850, # 1-888-318-9829

(2) James M. Hoffman, Esq.
Offit Kurman, P.A.
4800 Montgomery Lane
Suite 900
Bethesda MD 20814
3/575-0300

Dated: 11/13/2009

Signed: Debbie A. Hall

Attorney for Appellant (or **Appellant**, if not represented by an Attorney)

Attorney Name: . . . . . . . . . . . . . . . . . . .

Address: . . . . . . . . . . . . . . . . . . . . . . . .

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

Telephone No.: . . . . . . . . . . . . . . . . . . .

If a Bankruptcy Appellate Panel Service is authorized to hear this appeal, each party has a right to have the appeal heard by the district court. The appellant may exercise this right only by filling a separate statement of election at the time of the filing of this notice of appeal. Any other party may elect, within the time provided in 28 U.S.C. '158(c) to have the appeal heard by the district court.