Case No. 04-12587

DEBBIE ANN HALL   Debbie Ann Hall

A Legal Entity   a woman

## SCHEDULE A

This Schedule A dated the 1ˢᵗ day of September, 2009, is attached to and incorporated in the attached Security Agreement dated the same date, as though fully set forth therein. The following partial itemization of property constitutes a portion of the Collateral referenced in said Security Agreement, and is not intended to represent the actual and full extent of said Collateral. This Schedule A supplements previous security agreements describing collateral, that may have been entered by the same parties.

    A. Income from every source.
    B. Proceeds of Secured Party's labor from every source
    C. Application for STATE OF VIRGINIA CERTIFICATE OF LIVE BIRTH # 145-63-001764, and all other Certificates of Birth, Certificates of Living Birth, Notifications of Registration Of Birth, or Certificates of Registration of Birth, or otherwise entitled documents of birth -- whether County, State, Federal, or other - either ascribed to or derived from the name of the DEBTOR identified above, or based upon the above described birth document.
    D. Application for Social Security # 227212029
    E. Treasury Posted Registered Account #
    F. Maryland Driver License # H400139067012
    G. Personal Treasury Direct Account #

All property belonging to the DEBTOR

State of Maryland
**Department of Assessments and Taxation**

Charter Division



Case No: 04-12587

Martin O'Malley
*Governor*

C. John Sullivan, Jr.
*Director*

Paul B. Anderson
*Administrator*

Date: 09/14/2009

DEBBIE ANN HALL
3005 FLORIN WAY
UPPER MARLBORO MD 20772

This letter is to confirm acceptance of the following filing:

```
FILE NUMBER        : 0000000181378515
TYPE OF REQUEST    : TD-ORIG FIN STM
DATE FILED         : 09/14/2009
TIME FILED         : 01:17 PM
BASE FEE           : $25.00
EXPEDITED FEE      : $50.00
ACKNOWLEDGEMENT    : 1000361998510020
CUSTOMER ID        : 0002327411
WORK ORDER NUMBER  : 0001770449
```

PLEASE VERIFY THE INFORMATION CONTAINED IN THIS LETTER. NOTIFY THIS DEPARTMENT IN WRITING IF ANY INFORMATION IS INCORRECT. INCLUDE THE CUSTOMER ID AND THE WORK ORDER NUMBER ON ANY INQUIRIES.

UCC Division
Baltimore Metro Area (410) 767-1459
Outside Metro Area (888) 246-5941

—11—

*301 West Preston Street-Room 801-Baltimore, Maryland 21201-2395*
*Toll free in Maryland (888)246-5941*
*MRS (Maryland Relay Service) (800)735-2258 TT/Voice- Fax (410)333-7097*
*Website: www.dat.state.md.us*

0005997272

Case No: 04-12587

DEBTOR ADDRESS:       DEBBIE ANN HALL,ORGANIZATION/TRADENAME/TRADEMARK-DEBTOR
                     506 GRESHAM DRIVE
                     NORFOLK VA 23507

SECURED PTY ADDRESS: DEBBIE ANN HALL
                     9005 FLORIN WAY
                     UPPER MARLBORO MD 20772

12

*Case No: 04-12587*

*Law Offices*
**KARL W. CARTER, JR. & ASSOCIATES**
*1527 Pennsylvania Avenue, S. E.*
*Washington, D. C. 20003*
*(202) 332-7600*
*Fax (202) 547-6895*

February 9, 2004

Ms. Debbie A. Hall
9005 Florin Way
Upper Marlboro, MD 20772-5239

        Re: In A Chapter 7 Bankruptcy
            Proceeding
            Case No.: 04-12587

Dear Ms. Hall:

  This is to inform you that on February 6, 2004, the Office filed a Suggestion of Bankruptcy with the District Court of Maryland in the cases of Pasadena Receivables, Inc. vs. Debbie A. Hall, Case No.: 05-0015689-2003.

  Copies were sent to the Plaintiff's in both cases.

  Pasadena will not be able to garnish your pay, and may not make further action against you.

                Very truly yours

                Karl W. Carter, Jr.

KWC/imh

13

Case No. 04-12587

| | | |
|---|---|---|
| DISTRICT COURT OF MARYLAND<br>Located at 14735 Main St-Bourne Wing<br>Upper Marlboro MD 20772 | | PRINCE GEORGE'S CO.<br>City/County<br>Case No. 37044-2003 |
| Name: Pasadena Receivables, Inc.<br>c/o Stephen G. Peroutka<br>Peroutka & Peroutka, P. A.<br>Address: 8028 Ritchie Hwy., S-300<br>Pasadena, MD 21122<br>Plaintiff | Name: SunTrust Bank<br>GA-Atlanta-5098<br>Address: 100 Southcrest Drive<br>Stockbridge GA 30281<br>Garnishee | Name: Debbie A Hall<br>9005 Florin Way<br>Address: Upper Marlboro Maryland 20772<br>Defendant |

## REQUEST FOR JUDGMENT—GARNISHMENT
### Rule 3-645 (g) (GARN)

A Writ of Garnishment having been issued in the above captioned action and (1) thirty (30) days having passed since service of the Writ, (2) a timely answer having been filed by the Garnishee, and (3) if this Request is filed by a party other than the Judgment Creditor, at least thirty (30) days have passed since the filing of the answer:

☒ It is requested that a judgment be entered in favor of the Judgment Creditor against **SunTrust Bank** garnishee, in the amount of $ **705.07**, this being the lesser of (1) the amount of assets of the Judgment Debtor admitted by the Garnishee, plus any amount coming into the hands of the Garnishee after service of the Writ of Garnishment, or (2) the amount of the Creditor's judgment against the Debtor and enforcement costs.

☐ It is requested that a judgment be entered in favor of the Garnishee terminating the Garnishment, the Garnishee's timely answer having denied indebtedness to the Judgment Debtor or possession of property of the Debtor.

Stephen G. Peroutka #1114    Michael A. Peroutka    /S/
Peroutka & Peroutka, P.A.  Signature of Attorney (Creditor) (Debtor) (Garnishee)
8028 Ritchie Hwy, Ste 300    Gary McDavid
Pasadena, MD 21122    Michele R. Gagnon
(800) 899-2424  03-35177-0    Scott A. Whiteman
Telephone

**This communication is from a debt collector.**

### CERTIFICATE OF SERVICE

I certify that I served a copy of this Request upon the following party or parties by mailing first class mail, postage prepaid, on **April 15, 2008** to:

Debbie A Hall
SunTrust Bank
April 15, 2008

GA-Atlanta-5098  100 Southcrest Drive
Stockbridge GA 30281
9005 Florin Way
Upper Marlboro Maryland 20772

/S/
Signature of Party Serving

### ORDER OF COURT

The above Request having been considered it is hereby ordered that:

☐ Judgment is entered in favor of the Judgment Creditor in the amount of $................, plus any amount coming into the hands of the Garnishee after service of the writ but not to exceed the amount owed under the Creditor's judgment against the Debtor and enforcement costs. The Garnishee shall pay over such amount to the Judgment Creditor or deliver garnished property to the Sheriff/Constable.

☐ Judgment is entered in favor of the Garnishee terminating the Garnishment.

_____    _____
Date                                                                Judge

Copies to:
DC/CV 62 (Rev. 7/2003)

14